**RUSSELL L. LOW, ESQ. RLL-4745**
**LOW & LOW, ESQS.**
505 Main Street  -  Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
**Attorneys for Debtor**

Order Filed on April 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | | |
|---|---|---|
| In Re: | : | |
| Leticia Gardner | : | CHAPTER 13 |
| | : | CASE NO. 19-15831 |
| | : | HONORABLE MICHAEL B. KAPLAN |
| Debtor. | : | Hearing Date: March 26, 2019 at 9:00 a.m. |

_____

**ORDER IMPOSING THE AUTOMATIC STAY**
_____

The relief set forth on the following page is hereby ORDERED.

**DATED: April 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

the Automatic Stay is Imposed as to Caliber Home Loans, Inc. and as to all Creditors that were served with this Motion, effective the date of this Order until April 23, 2019.